IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 99–cv–00417–EWN–CBS

SANFORD LEE HERTZ,

    Plaintiff,

v.

LUZENAC AMERICA, INC., a Colorado corporation,

    Defendant.

## ORDER

    This matter is before the court on Plaintiff's "Motion for Entry of Award of Attorney Fees," filed September 15, 2005. In the interest of clarity, I offer a cursory review of the recent history of this case.

    On March 24, 2005, I granted in part and denied in part "Plaintiff's Renewed Application for Attorneys' Fees and Expenses," filed June 25, 2004. (Order [filed March 24, 2005].) I held that Plaintiff was entitled to an award of attorneys' fees, but not of expenses. (*Id.*) In accordance with my order, on April 4, 2005, the parties submitted a joint computation of attorneys' fees to be awarded, in the total amount of $175,444.04. ("Joint Computation of Att'ys' Fees" [filed April 4, 2005].)

    On April 6, 2005, Plaintiff filed a motion to amend this court's order regarding attorneys' fees and expenses. ("Pl.'s Mot. to Am. Order and Mem. of Decision Regarding Att'ys' Fees and

Expenses" [filed April 6, 2005].)  Despite its title, Plaintiff's motion to amend pertains only to the court's denial of an award of expenses, and expressly does not contest the amount of attorneys' fees to which the parties stipulated in their joint computation.  (*Id.*)  Plaintiff's motion to amend remains pending before the court.  Thus, I do not address that motion and I make no determination with respect to expenses at this time.

On September 15, 2005, Plaintiff filed a motion for entry of award of attorneys' fees.  ("Mot. for Entry of Award of Att'y Fees" [filed September 15, 2005].)  Plaintiff asserts that only expenses are in dispute in this matter and requests award of the aforementioned stipulated amount of attorneys' fees.  (*Id.*)

Upon review and consideration, the court approves the parties' joint computation and hereby awards counsel for Plaintiff attorneys' fees in the amount of $175,444.04.  Accordingly, it is:

**ORDERED** that Plaintiff's motion for entry of award of attorneys' fees (# 144) is **GRANTED**.  The clerk shall forthwith enter a judgment for Plaintiff and against Defendant in the amount of $175,444.04 in attorneys' fees.

Dated this 4th day of January, 2006.

                                    BY THE COURT:

                                    s/ Edward. W. Nottingham
                                    EDWARD W. NOTTINGHAM
                                    United States District Judge