IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 99–cv–00417–EWN–CBS

SANFORD LEE HERTZ,

    Plaintiff,

v.

LUZENAC AMERICA, INC., a Colorado corporation,

    Defendant.

## ORDER

The matter is before the court on Plaintiff's motion (#147) to amend or modify a judgment entered on January 10, 2006. The motion is DENIED. Plaintiff got exactly what he requested in the judgment. Indeed, the judgment was entered on stipulation. Plaintiff had ample time to make his tardy request *before* the judgment was entered. It is too late to do so now.

Dated this 23rd day of January, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge